UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : C.A. No. 07-264S
:
LOUIS VINAGRO, JR. :

**STIPULATION**

The Defendant shall have up to and including October 18, 2007 to respond to Plaintiff's complaint.

**UNITED STATES OF AMERICA**
By its Attorneys,

Rachel Hankey
Trial Attorney
Environmental Enforcement Section
Enfironment and Natural Resources Division
PO Box 7611, Ben Franklin Station
U.S. Department of Justice
Washington, DC 20044
(202)514-4454

**LOUIS VINAGRO, JR.**
By his Attorneys,

**PANNONE, LOPES & DEVEREAUX LLC**

William P. Devereaux (#2241)
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com

Dated: September 17, 2007

#6681