**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 07-264S** |
| **LOUIS VINAGRO, JR.,** | |
| **Defendant.** | |

**PROOF OF SERVICE**

I hereby certify that on this 17th day of September 2007, I electronically filed the STIPULATION; with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

William P. Devereaux (#2241)
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com

/s/ Rachel A. Hankey

Rachel Hankey
Trial Attorney
Ca Bar. No. 226325
Environmental Enforcement Section
Environment and Natural Resources
Division
P.O. Box 7611, Ben Franklin Station
U.S. Department of Justice
Washington, D.C. 20044
(202) 514-4454
rachel.hankey@usdoj.gov