UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-264S |
| | : | |
| LOUIS VINAGRO, JR. | : | |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Louis Vinagro, Jr., hereby moves for an extension to November 16, 2007 to respond to Plaintiff's complaint. Plaintiffs' counsel Rachel Hankey has assented to this request.

**LOUIS VINAGRO, JR.**
By his Attorneys,

**PANNONE LOPES & DEVEREAUX LLC**

/s/ William P. Devereaux
William P. Devereaux (#2241)
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com

**CERTIFICATION**

I hereby certify that on this 17th day of October, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Rachel Hankey, Esq.
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
PO Box 7611, Ben Franklin Station
U.S. Department of Justice
Washington, DC 20044
rachel.hankey@usdoj.gov

/s/ William P. Devereaux

Doc #7150