**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-264S** |
| **LOUIS VINAGRO, JR.,** | ) | |
| **Defendant.** | ) | |

**RULE 16(c) STATEMENT OF CLAIMS**

The Plaintiff United States of America submits this Statement of Claims pursuant to Local Civil Rule 16(c).

The United States has brought a civil action under Sections 107 and 113(b) of the Comprehensive Environmental Response, Compensation, and Liability Act, as amended ("CERCLA"), 42 U.S.C. §§ 9607 and 9613(b). The United States seeks to recover costs incurred and to be incurred in conducting actions in response to the release or threatened release of hazardous substances at or from the Green Hill Road Superfund Site (the "Site") which is located in Johnston, Rhode Island. The elements of a claim under CERCLA § 107 are:

(a) The Site is a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

(b) There has been a "release" or threatened "release," within the meaning of Section 101(22) of CERCLA, 42 U.S.C. § 9601(22), of a "hazardous substance," within the meaning of Section 101(14) of CERCLA, 42 U.S.C. § 9601(14), from the facility.

(c) As a result of the "release" or threatened "release" of "hazardous substances"

from the facility, the United States has taken "response" actions and has incurred approximately $2,390,000 in "response" costs within the meaning of Section 101(25) of CERCLA, 42 U.S.C. § 9601(25).

(d) The "response" actions taken by the United States and the "response" costs incurred by the United States in connection with the Site are not inconsistent with the National Oil and Hazardous Substances Pollution Contingency Plan (a/k/a "national contingency plan"), promulgated pursuant to Section 105 of CERCLA, 42 U.S.C. § 9605, and codified at 40 C.F.R. Part 300.

(e) The Defendant is a person who is the "owner" and/or "operator" of a "facility" from which there is a "release", or a threatened "release" of "hazardous substances" which caused the incurrence of "response" costs.

Respectfully submitted,

PLAINTIFF,
By his attorney

_/s/ Rachel Hankey___________

RACHEL HANKEY
Trial Attorney
Environmental Enforcement Section
Environmental and Natural Resources
Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 514-4454
Rachel.hankey@usdoj.gov

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

DULCE DONOVAN
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

OF COUNSEL:
STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street
Boston, MA 02114
(617) 918-1777

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2008, I electronically filed the United States Rule 16(c) Statement of Claims; with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

William P. Devereaux,
Pannone, Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
direct line: (401) 824-5106
facsimile: (401) 824-5123
wdevereaux@pldlaw.com

/s/ Rachel Hankey