**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-264S** |
| **LOUIS VINAGRO, JR.,** | ) | |
| **Defendant.** | ) | |

MOTION TO ENTER CONFIDENTIALITY STIPULATION
AND PROTECTIVE ORDER

The United States of America, on behalf of the Environmental Protection Agency requests the Court to enter and sign the accompanying Confidentiality Stipulation and Protective Order ("Protective Order"). There is good cause for this Motion, as set out below:

1). Rule 26(c) of the Federal Rules of Civil Procedure gives this Court, for good cause shown, "may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . ." Fed. R. Civ. P. 26(c).

2). The parties are engaged in litigation under Section 107(a) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), to resolve the claims of the United States for recovery of response costs associated with the Environmental Protection Agency's cleanup of the Green Hill Road Superfund Site in Johnston, Rhode Island.

3). The parties believe that full and complete responses to certain discovery requests will require the disclosure of CBI by the United States to the defendant who has signed the Stipulation and Protective Order.

4). The disclosures at issue include sensitive information proprietary to EPA's contractors. This information has been provided to EPA in confidence, with the understanding that the government would maintain that confidence even if cost recovery litigation ensued. Release of such information without appropriate protections would harm the business interests of EPA's contractors, and would hinder EPA's ability to administer its Superfund Program.

5). The parties have stipulated that the documents containing information which may be entitled to confidential treatment will be subject to limited disclosure in accordance with the terms of the accompanying Stipulation and Protective Order.

6). The entry of the Protective Order will enable the United States to disclose the documents containing information which may be entitled to confidential treatment, and will expedite the flow of discovery.

7) Both parties have signed the attached Confidentiality Stipulation and Protective Order.

WHEREFORE, the United States requests that the Court enter and sign the accompanying proposed Stipulation and Protective Order Regarding Confidentiality.

Respectfully submitted,

PLAINTIFF,
By his attorney

_/s/ Rachel Hankey__________

RACHEL HANKEY (Ca Bar. 226325)
Trial Attorney
Environmental Enforcement Section
Environmental and Natural Resources
Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 514-4454
Rachel.hankey@usdoj.gov

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

DULCE DONOVAN
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

OF COUNSEL:
STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street
Boston, MA 02114
(617) 918-1777

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2008, I electronically filed the United States Rule 16(c) Statement of Claims; with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

William P. Devereaux,
Pannone, Lopes & Devereaux LL*C*
317 Iron Horse Way, Suite 301
Providence, RI 02908
direct line: (401) 824-5106
facsimile: (401) 824-5123
wdevereaux@pldlaw.com

/s/ Rachel Hankey

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2008, I electronically filed the United States Rule 16(c) Statement of Claims; with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

William P. Devereaux,
Pannone, Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
direct line: (401) 824-5106
facsimile: (401) 824-5123
wdevereaux@pldlaw.com

/s/ Rachel Hankey