UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-264S |
| | : | |
| LOUIS VINAGRO, JR. | : | |

**DEFENDANT'S LOCAL RULE 16(C)**
**PROPOSAL FOR INCLUSION IN PRE-TRIAL ORDER**

Defendant, Louis Vinagro, Jr., has been sued by the United States under §§ 107 and 113(b) of the Comprehensive Environmental Response, Compensation, and Liability Act, as amended ("CERCLA"), 42 U.S.C. §§ 9607 and 9613(b). Significantly, defendant will be unable to assess the adequacy of his responsive pleadings, or whether any other potentially responsible parties exist that may owe contribution costs until some initial discovery takes place between the parties. To this end, defendant requests that this Honorable Court include the following in its pre-trial order:

1. That the parties may amend their pleadings once as a matter of right without the necessity of a motion at anytime prior to the thirtieth (30th) day following the closing of fact discovery.

2. That defendant may file third party complaints without seeking leave of this Court anytime prior to the thirtieth (30th) day following the closing of fact discovery.

**LOUIS VINAGRO, JR.**
By his Attorneys,

**PANNONE LOPES & DEVEREAUX LLC**

/s/ William P. Devereaux
William P. Devereaux (#2241)
William E. O'Gara (#4257)
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100
(401) 824-5123 (fax)
wdevereaux@pld-law.com

## CERTIFICATION

I hereby certify that on this 1st day of February, 2008 this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Rachel Hankey, Esq.
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
PO Box 7611, Ben Franklin Station
U.S. Department of Justice
Washington, DC 20044
rachel.hankey@usdoj.gov

/s/ William P. Devereaux

Doc #7150