UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 07-264S |
| | : | |
| LOUIS VINAGRO, JR. | : | |

**ENTRY OF APPEARANCE**

William E. O'Gara, Esq. hereby enters his appearance on behalf of Defendant.

Respectfully submitted,

LOUIS VINAGRO, JR.
By his Attorneys,

/s/ William E. O'Gara

William E. O'Gara, Esq. (#4257)
PANNONE LOPES & DEVEREAUX LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
Tel: 401-824-5100
Fax: 401-824-5123

CERTIFICATION

I hereby certify that on this 1st day of February, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Rachel Hankey, Esq.
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
PO Box 7611, Ben Franklin Station
U.S. Department of Justice
Washington, DC 20044
rachel.hankey@usdoj.gov

/s/ William E. O'Gara