UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : C.A. No. 07-264S
:
LOUIS VINAGRO, JR. :

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff and defendant jointly move to continue the settlement conference for 30 days. As grounds for the motion, the parties submit that they are progressing in their settlement discussions and believe that additional time for further discussions will be helpful in reaching a settlement agreement.

Respectfully submitted,
LOUIS VINAGRO, JR.
By his attorney

/s/ William E. O'Gara
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
Tel.: (401) 824-5100
Fax: (401) 824-5123

UNITED STATES
By its attorney

/s/ Rachel Hankey
Rachel Hankey, Esq.
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
PO Box 7611, Ben Franklin Station
U.S. Department of Justice
Washington, DC 20044
rachel.hankey@usdoj.gov

{}

CERTIFICATION

I hereby certify that on this 30th day of May, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Rachel Hankey, Esq.
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
PO Box 7611, Ben Franklin Station
U.S. Department of Justice
Washington, DC 20044
rachel.hankey@usdoj.gov

/s/ William E. O'Gara

{}