**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-264S** |
| **LOUIS VINAGRO, JR.,** | ) | |
| **Defendant.** | ) | |

[PROPOSED] ORDER

Upon consideration of the JOINT MOTION TO ENTER ORDER STAYING ALL PROCEEDINGS, filed in said matter on August 18, 2008, and for the reasons contained **therein,** **IT IS HEREBY ORDERED** as follows:

(1) That, until further order of the Court, all discovery deadlines contained in the Court's *Scheduling Order* dated March 10, 2008 and all proceedings in this matter are STAYED; and,

(2) Upon request by either party the Court will reset impending deadlines.

So ORDERED this ______ day of ___________ 2008.

_____________________________

Honorable Judge William E. Smith
United States District Court Judge
District of Rhode Island