**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-264S** |
| **LOUIS VINAGRO, JR.,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August 2008, I electronically filed the Joint Motion for s Stay of Discovery Proceedings and Proposed Order; with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

William P. Devereaux,
Pannone, Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
direct line: (401) 824-5106
facsimile: (401) 824-5123
wdevereaux@pldlaw.com

/s/ Rachel Hankey