Case 1:07-cv-00264-S-LDA Document 17-2 Filed 08/18/2008 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-264S** |
| **LOUIS VINAGRO, JR.,** | ) | |
| **Defendant.** | ) | |

ORDER

Upon consideration of the JOINT MOTION TO ENTER ORDER STAYING ALL PROCEEDINGS, filed in said matter on August 18, 2008, and for the reasons contained **therein, IT IS HEREBY ORDERED** as follows:

(1) That, until further order of the Court, all discovery deadlines contained in the Court's *Scheduling Order* dated March 10, 2008 and all proceedings in this matter are STAYED; and,

(2) Upon request by either party the Court will reset impending deadlines.

So ORDERED this 21 day of August 2008.

WSmith

Honorable Judge William E. Smith
United States District Court Judge
District of Rhode Island